# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SHERI A. MORGAN, | : No. 880 MAL 2014 |
| | : |
| Cross-Petitioner | : Cross Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| DANIEL T. MORGAN, | : |
| | : |
| Cross-Respondent | : |

| | |
|---|---|
| SHERI A. MORGAN, | : No. 881 MAL 2014 |
| | : |
| Cross-Petitioner | : Cross Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| DANIEL T. MORGAN, | : |
| | : |
| Cross-Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of April, 2015, the Cross Petition for Allowance of Appeal is **DENIED**.